1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   JOSEPH HARRIS PARKER,          )  Case No. 06-CV-2397-LAB (JMA)
                                    )
12              Plaintiff,          )  **ORDER RESCHEDULING TELEPHONIC**
     v.                             )  **CASE MANAGEMENT CONFERENCE**
13                                  )
     JO ANNE B. BARNHART,           )
14   Commissioner of Social         )
     Security,                      )
15                                  )
                Defendant.          )
16                                  )
17   ───────────────────────────── )

18       **IT IS HEREBY ORDERED** that the telephonic Case Management

19   Conference scheduled for October 23, 2007 at 9:30 a.m., which was

20   not held due to the San Diego Wildfires, is rescheduled for

21   **November 6, 2007** at **9:30 a.m.**  Counsel for each party shall

22   appear telephonically at this conference.  The Court will

23   initiate the conference call.

24   //

25   //

26   //

27   //

28   //

1        The Clerk of Court shall serve a copy of this Order upon

2    Assistant United States Attorney Thomas C. Stahl at

3    Thomas.Stahl@usdoj.gov.

4        IT IS SO ORDERED.

5    DATED:  October 29, 2007

6                                                   _____

7                                           Jan M. Adler
                                            U.S. Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28